# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Chicago Insurance Company

v.

Paulson & Nace, PLLC, et al.

**Case No:** 14-7063

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

○ Appellant(s)/Petitioner(s)   ● Appellee(s)/Respondent(s)   ○ Intervenor(s)   ○ Amicus Curiae

Sarah E. Gilbert

**Names of Parties**                                **Names of Parties**

### Counsel Information

**Lead Counsel:** Carla D. Brown

Direct Phone: (703) 318-6800   Fax: (703) 318-6808   Email: cbrown@cbcblaw.com

**2nd Counsel:**

Direct Phone: (  )   -   Fax: (  )   -   Email:

**3rd Counsel:**

Direct Phone: (  )   -   Fax: (  )   -   Email:

**Firm Name:** Charlson Bredehoft Cohen & Brown, P.C.

**Firm Address:** 11260 Roger Bacon Drive, Suite 201, Reston, VA, 20190

**Firm Phone:** (703) 318-6800   Fax: (703) 318-6808   Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)